CAROL N. KELLY, Respondent, *v.* HOWARD C. KELLY et al., Appellants.

Argued November 27, 1940; decided December 31, 1940.

*James F. Donnelly* and *Walter F. Sloan* for Howard C. Kelly, appellant.

*Benjamin Swartz* for Dorothy C. Kelly, appellant.

*George A. Spohr, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.